**ENTER AND SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAY 12 1999
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Columbia Pictures Television, Inc.

        PLAINTIFF(S),

v.

C. Elvin Feltner, Jr.

        DEFENDANT(S).

CASE NUMBER

CV- 91-6847-ER:

**CORRECTED**
JUDGMENT ON THE VERDICT

FOR THE PLAINTIFF(S)

ENTERED
CLERK, U.S. DISTRICT COURT
MAY 14 1999
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

This action came on for jury trial, the Honorable _____ EDWARD RAFEEDIE _____

District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s) _____

**Columbia Pictures, Television, Inc.**

recover of the defendant(s) _____

**C. Elvin Feltner, Jr.**

the sum of **$31,680,000.00** _____, with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

DATED: 4/8/99

CLERK, U.S. DISTRICT COURT

By _____ Judy Matthews _____
        Deputy Clerk

cc: Counsel of Record

CV-49 (5/98) JUDGMENT ON THE VERDICT FOR PLAINTIFF(S)

MAY 14 1999